WILLIAM S. HOLLINGSWORTH, Appellant, *v.* LUCY O. MOULTON
et al., as Executors, etc., Respondents.

(Argued December 13, 1889; decided January 14, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made the first Tuesday of June, 1889, which affirmed a judg-
ment in favor of defendants entered upon the report of a
referee.

*Thaddeus D. Kenneson* for appellant.

*George J. Sicard* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

JULIETTA HYLAND, an Infant, by Guardian *ad litem*, Respond-
ent, *v.* THE YONKERS RAILROAD COMPANY, Appellant.

(Argued December 13, 1889; decided January 14, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an
order made February 13, 1889, which affirmed a judgment in
favor of plaintiff entered upon a verdict and affirmed an
order denying a motion for a new trial.

*John F. Brennan* for appellant.

*Frank E. Blackwell* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.